**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIT TADEVOSYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KIA AMERICA, INC., a California Corporation; MORENO VALLEY K, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. CV 24-11232-DMG (AYPx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [31]** |

The Court, having considered the Stipulation of Dismissal with Prejudice signed by Plaintiff LILIT TADEVOSYAN and Defendants KIA AMERICA, INC. and MORENO VALLEY K, INC. [Doc. # 31], and good cause appearing therefor, hereby **APPROVES** the Stipulation and **ORDERS** that the above-captioned action is **DISMISSED with prejudice**, in its entirety.

DATED: October 23, 2026

DOLLY M. GEE
Chief United States District Judge